**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 30, 2015

Hon. Leah J. O'Leary
Assist. Atorney General
P. O. Box 12548
Austin, TX 78711-2547
* DELIVERED VIA E-MAIL *

Tracey Murphy
#835047
Beto One
1391 F.M. 3328
Tennessee Colony, TX 75880

Re:      Cause No. 13-13-00480-CV
Tr.Ct.No.  B-12-1539-CV-A
Style:    TRACEY MURPHY #835047 v. CANDICE MOORE, ET AL.

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    County Court at Law No. 3 (DELIVERED VIA E-MAIL)
       Hon. Zenaida Silva, Cameron County Clerk (DELIVERED VIA E-MAIL)